# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>RYAN CHRISTOPHER RHOADS | CASE NO: 21-12317-B-13<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. FW-1<br>Judge: Hon. Rene Lastreto II<br>Hearing Location: Dept. B, Courtroom 13, 5th Floor, United States Courthouse, 2500 Tulare St., Fresno, California<br>Hearing Date: August 10, 2022<br>Hearing Time: 9:30 a.m. |

On 7/7/2022, a copy of the following documents, described below,

NOTICE OF INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331
ECF Docket Reference No. FW-1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/7/2022



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gabriel J. Waddell
FEAR WADDELL, P.C.
7650 North Palm Avenue, Suite 101
Fresno, CA  93711

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING         JPMORGAN CHASE BANK  NA                 EXCLUDE
NCRS ADDRESS DOWNLOAD                    ALDRIDGE PITE   LLP                     OFFICE OF THE US TRUSTEE
CASE 21-12317-B-13                       4375 JUTLAND DR 200                     UNITED STATES COURTHOUSE
EASTERN DISTRICT OF CALIFORNIA           PO BOX 17933                            2500 TULARE STREET  ROOM 1401
THU JUL 7 11-43-27 PST 2022              SAN DIEGO  CA 92177-7921                FRESNO  CA 93721-1326


EXCLUDE
UNITED STATES BANKRUPTCY COURT           ADS COMENITY SAMUELS                    AFFIRM INC
ROBERT E COYLE UNITED STATES COURTHOUSE  PO BOX 182789                           30 ISABELLA ST FL 4
2500 TULARE STREET  SUITE 2501           COLUMBUS OH 43218-2789                  PITTSBURGH PA 15212-5862
FRESNO  CA 93721-1328




AFFIRM INC                               CAP1 WMT                                CAPITAL ONE
650 CALIFORNIA ST FL 12                  PO BOX 31293                            PO BOX 30285
SAN FRANCISCO CA 94108-2716              SALT LAKE CITY UT 84131-0293            SALT LAKE CITY UT 84130-0285




CAPITAL ONE                              CAPITAL ONE BANK                        CAPITAL ONE BANK
PO BOX 60599                             PO BOX 31293                            PO BOX 71083
CITY OF INDUSTRY CA 91716-0599           SALT LAKE CITY UT 84131-0293            CHARLOTTE NC 28272-1083




CAPITAL ONE BANK (USA)  NA               (P)JPMORGAN CHASE BANK  N A             CITI BANK
4515 N SANTA FE AVE                      BANKRUPTCY MAIL INTAKE TEAM             PO BOX 6190
OKLAHOMA CITY  OK 73118-7901             700 KANSAS LANE FLOOR 01                SIOUX FALLS SD 57117-6190
                                         MONROE LA 71203-4774




EDUCATIONAL EMPLOYEES CREDIT UNION       EDUCATIONAL EMPLOYEES CREDIT UNION      EDUCATIONAL EMPLOYEES CREDIT UNION
2222 W SHAW AVENUE                       PO BOX 37035                            PO BOX 5242
FRESNO CA 93711-3419                     BOONE IA 50037-0035                     FRESNO CA 93755-5242



                                                                                 EXCLUDE
FRESNO POLICE DEPARTMENT CU              FRESNO POLICE DEPARTMENT CREDIT UNION   (D)(P)JPMORGAN CHASE BANK  N A
1004 N VAN NESS AVENUE                   1004 N VAN NESS AVE                     BANKRUPTCY MAIL INTAKE TEAM
FRESNO CA 93728-3430                     FRESNO  CA 93728-3430                   700 KANSAS LANE FLOOR 01
                                                                                 MONROE LA 71203-4774



EXCLUDE
(D)(P)JPMORGAN CHASE BANK  N A           LES SCHWAB TIRE CENTER                  LES SCHWAB TIRE CENTERS OF CENTRAL CA
BANKRUPTCY MAIL INTAKE TEAM              PO BOX 5350                             INC
700 KANSAS LANE FLOOR 01                 BEND OR 97708-5350                      PO BOX 5350
MONROE LA 71203-4774                                                             BEND  OR 97708-5350




SAN LUIS AMBULANCE                       SAN LUIS AMBULANCE                      SIERRA VISTA REGIONAL MEDICAL CENTER
3546 SOUTH HIGUERA STREET                PO BOX 954                              FILE 57445
SAN LUIS OBISPO CA 93401-7304            SAN LUIS OBISPO CA 93406-0954           LOS ANGELES CA 90074-7445
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

```
SIERRA VISTA REGIONAL MEDICAL CENTER        EXCLUDE                                  TD BANK USA TARGET CREDIT
PO BOX 830913                               (D)(P)JPMORGAN CHASE BANK  N A            P O BOX 673
BIRMINGHAM AL 35283-0913                    BANKRUPTCY MAIL INTAKE TEAM               MINNEAPOLIS MN 55440-0673
                                            700 KANSAS LANE FLOOR 01
                                            MONROE LA 71203-4774


TD BANK USA  NA                             TARGET CARD SERVICES                     TENET HEALTH CENTRAL COAST
C O WEINSTEIN  RILEY  PS                    P O BOX 660170                           PO BOX 830913
2001 WESTERN AVENUE  STE 400                DALLAS TX 75266-0170                     BIRMINGHAM AL 35283-0913
SEATTLE  WA 98121-3132



EXCLUDE                                                                              DEBTOR

GABRIEL J WADDELL                           MICHAEL H MEYER                          RYAN CHRISTOPHER RHOADS
7650 NORTH PALM AVENUE  SUITE 101           PO BOX 28950                             3815 WEST IRIS AVENUE
FRESNO  CA 93711-5793                       FRESNO  CA 93729-8950                    VISALIA  CA 93277-4003
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "NOTICE OF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Debtor)
Ryan Christopher Rhoads
3815 West Iris Avenue
Visalia, CA 93277
represented by:
Gabriel J. Waddell
7650 North Palm Avenue, Suite 101
Fresno, CA 93711

fearnotice@gmail.com

(U.S. Trustee)
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

(Trustee)
Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950

(Creditor)
JPMorgan Chase Bank, N.A.
ALDRIDGE PITE, LLP
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177-0933
represented by:
Wendy A. Locke
P.O. Box 17933
San Diego, CA 92177

ecfcaeb@aldridgepite.com