GABRIEL J. WADDELL #256289
FEAR WADDELL, P.C.
7650 NORTH PALM AVENUE, SUITE 101
FRESNO, CA 93711
(559)436-6575

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 21-12317-B-13F |
|---|---|
| RYAN CHRISTOPHER RHOADS | DC# FW-2 |
| | Date: May 10, 2023 |
| | Time: 9:30 AM |
| Debtor, | Place: U. S. Courthouse |
| |       Dept. B, Courtroom 13, 5th Floor |
| |       2500 Tulare Street |
| |       Fresno, CA 93721 |
| | Judge: Hon. Rene Lastreto II |

### ORDER CONFIRMING FIRST MODIFIED PLAN

The First Modified Chapter 13 Plan filed on March 16, 2023 has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee, in writing, of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

////
////

1
ORIGINAL

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows: Additional provision 7.01 shall be struck and is replaced as follows: The following section of the plan is modified and or expanded by the provisions set forth below: Administrative Expenses Section 3.05 & 3.06 and Distribution of Plan Payments Section 5.02:

a) Pursuant to 11 U.S.C. Sec. 1322(a)(2), debtor and debtor's attorney agree that debtor's attorney fees and costs remaining unpaid upon completion of the case shall be paid directly by the debtor to counsel for the debtor before and/or after entry of the discharge. Additional, pursuant to In re Johnson, 344 B.R. 104 (BAP 9TH Cir.2006), said fees shall not be deemed discharged if, and only if, all of the following conditions are satisfied at the completion of the case: (1) debtor's attorney fees and costs are approved by the bankruptcy court pursuant to 11 U.S.C. Sec. 330, (2) based on the circumstances of the case, the court determines said fees and costs should be non-dischargeable, and (3) prior to submitting a fee application in which counsel is requesting that certain fees be non-dischargeable, counsel shall meet in person with the debtor to explain what fees are anticipated to be paid through the plan and what fees are anticipated to be paid following discharge.

b) Upon payment in full of the estimated amount stated in 3.05, the Trustee will cease paying attorney fees in the order of distribution stated in 5.02 and will pay attorney fees in excess of the estimated amount in 3.05 after payments to general unsecured claims, to the extent funds are available. Any remaining attorney fees approved over and above the estimated amount that result in the plan not funding by month 60 shall be paid direct by the debtor as agreed upon in writing by the debtor.

Date: 5/12/2023

_____
Approved by GABRIEL J. WADDELL

Dated: May 15, 2023

Date: 5/12/23

/s/ Michael H. Meyer
_____
Approved by the Chapter 13 Trustee as to form

By the Court

_____
René Lastreto II, Judge
United States Bankruptcy Court

2